# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0625
_____

TIMOTHY THOMPSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

December 18, 2018

PER CURIAM.

The Appellant, Timothy Thompson, appeals from an order denying a motion seeking additional jail credit brought pursuant to Florida Rule of Criminal Procedure 3.801. Insofar as the Appellant requests presentencing jail credit in Okaloosa County case 2015-CF-1626, the record reflects that he is due one additional day of credit, for a total of 328 days. In response to this Court's *Toler** order, the State conceded his entitlement to this credit. Therefore, we reverse and remand to permit the trial court to correct his credit in that case accordingly. As to the Appellant's

---

\* *Toler v. State*, 493 So. 2d 489 (Fla. 1st DCA 1986).

remaining claims concerning case 2015-CF-1626 and all claims seeking credit in Okaloosa County case 2015-CF-0673, we affirm.

AFFIRMED in part, REVERSED in part, and REMANDED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy Thompson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.